UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DAVID RODRIGUEZ,

    Petitioner,

v.

J. LIZARRAGA, et al.,

    Respondent.

Case No. 14-cv-03620-PJH

**ORDER**

This petition was stayed so petitioner could exhaust further claims. Petitioner has filed a notice that the California Supreme Court has denied his petition for review. To proceed with this case petitioner must file an amended petition setting forth all of the fully exhausted claims he wishes to proceed with and a brief motion to lift the stay.

**IT IS SO ORDERED.**

Dated: May 15, 2015.

                            PHYLLIS J. HAMILTON
                            United States District Judge

G:\PRO-SE\PJH\HC.14\Rodriguez3620.ord.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID RODRIGUEZ,

    Plaintiff,

v.

J. LIZARRAGA, et al.,

    Defendants.

Case No.  14-cv-03620-PJH

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on May 15, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Rodriguez ID: AL2755
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640

Dated: May 15, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Nichole Peric, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON

2